**ALISON J. CHINN**
OSB # 84020
Assistant City Attorney
alison.chinn@ci.vancouver.wa.us
Vancouver City Attorney's Office
210 E 13th St.
P.O. Box 1995
Vancouver, WA 98668-1995
Telephone: (360) 696-8251
Facsimile: (360) 696-8250
Attorney for Defendants Thompson and Alie

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**TRACY ODELL, VIRGINIA KAMBEITZ**
and **JOSHUA RUDELL**, by his next friend,
**TRACY ODELL,**

                      PLAINTIFFS,

vs.

**JON THOMPSON, JAY ALIE, ERIC
HENDRICKS, AND PAUL MEYER**

              DEFENDANTS.

**Case No. CV 06 855 AS**

**ORDER OF DISMISSAL WITH
PREJUDICE OF DEFENDANTS
JON THOMPSON AND JAY ALIE
(FRCP 41(a)(1)(ii))**

THIS MATTER having come before the Court, upon the stipulation of the parties,

and directs that an Order be entered dismissing the above-captioned claim against the Jon

Thompson and Jay Alie with prejudice and without an award of costs to any party;

////

TED H. GATHE
CITY ATTORNEY
210 EAST 13TH STREET
P.O. BOX 1995
VANCOUVER WA 98668-1995
(360) 696-8251

ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANTS
JON THOMPSON AND JAY ALIE (CV 06 855 AS) - 1

NOW; THEREFORE;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that Jon Thompson and Jay Alie in United States District Court District of Oregon Case No. CV 06 855 AS are hereby dismissed with prejudice, and without an award of costs and fees for or against any of the parties.

DATED this 14 day of May, 2007.

_____
DONALD C. ASHMANSKAS
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

Presented by:

_____
Alison J. Chinn, OSBA # 84020
Assistant City Attorney
Attorney for Defendants Jon Thompson and Jay Alie
City of Vancouver
210 East 13th Street
PO Box 1995
Vancouver, WA 98668-1995
Telephone: 360.696.8251
Facsimile: 360.696.8250
Email: alison.chinn@ci.vancouver.wa.us

ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANTS
JON THOMPSON AND JAY ALIE (CV 06 855 AS) - 2

TED H. GATHE
CITY ATTORNEY
210 EAST 13TH STREET
P.O. BOX 1995
VANCOUVER WA 98668-1995
(360) 696-8251

Approved as to form and consent to
entry granted this ___ day of _____, 2007.


_____

Donald Dartt
OSBA # 89039
(503) 221-1907
Attorney for Plaintiffs Tracy Odell, Virginia Kambeitz,
and Joshua Rudell, by his next friend, Tracy Odell



Approved as to form and consent to
entry granted this 10ᵗʰ day of May , 2007.


_____

William W. Manlove
OSBA #89160
(503) 823-4047
Attorney for Defendants Hendricks and Meyer

---

Post-it® Fax Note 7671 | Date 5/10/07 | # of pages ▸ 1
To Alison Chinn | From Bill Manlove
Co./Dept. Vancouver City Atty | Co. Portland City Atty
Phone # | Phone #
Fax # | Fax #

---

ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANTS
JON THOMPSON AND JAY ALIE (CV 06 855 AS) - 3

TED H. GATHE
CITY ATTORNEY
210 EAST 13ᵀᴴ STREET
P.O. BOX 1995
VANCOUVER WA 98668-1995
(360) 696-8251

Approved as to form and consent to
entry granted this ___ day of _____, 2007.

_____
Donald Dartt
OSBA # 89039
(503) 221-1907
Attorney for Plaintiffs Tracy Odell, Virginia Kambeitz,
and Joshua Rudell, by his next friend, Tracy Odell

Approved as to form and consent to
entry granted this ___ day of _____, 2007.

_____
William W. Manlove
OSBA #89160
(503) 823-4047
Attorney for Defendants Hendricks and Meyer

TED H. GATHE
CITY ATTORNEY
210 EAST 13TH STREET
P.O. BOX 1995
VANCOUVER WA 98668-1995
(360) 696-8251